**Gloria M. RODRIQUEZ, Respondent,**

v.

**Jose I. VASQUEZ, Appellant.**

**No. WD 45992.**

Missouri Court of Appeals,
Western District.

April 20, 1993.

Daniel D. Lane, Kansas City, for appellant.

Gloria M. Rodriquez, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

PER CURIAM.

## ORDER

Appeal from the denial of a motion to set aside the dismissal of an application for a trial de novo.

Affirmed. Rule 84.16(b).